Milord A. Keshishian, SBN 197835
milord@milordlaw.com
Stephanie V. Trice, SBN 324944
stephanie@milordlaw.com
Jordan M. Zim, SBN 332757
jordan@milordlaw.com
MILORD & ASSOCIATES, P.C.
10517 West Pico Boulevard
Los Angeles, California 90064
Tel: (310) 226-7878
Fax: (310) 226-7879

Attorneys for Plaintiff
TYLER SPANGLER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER SPANGLER, individually,<br><br>Plaintiff,<br><br>vs.<br><br>SHEIN DISTRIBUTION CORPORATION, a Delaware Corporation, and DOES 1-10,<br><br>Defendants. | Case No.: 2:21-cv-7211<br><br>**COMPLAINT FOR:**<br><br>1. **COPYRIGHT INFRINGEMENT;**<br><br>2. **CONTRIBUTORY AND/OR VICARIOUS COPYRIGHT INFRINGEMENT**<br><br>**JURY TRIAL DEMANDED** |

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

Plaintiff Tyler Spangler ("Spangler"), by and through his undersigned counsel, sues Defendants Shein Distribution Corporation ("Shein") and DOES 1-10 (all defendants collectively referred to herein as "Defendants") and alleges:

## JURISDICTION AND VENUE

1.  This action arises under the laws of the United States and the Copyright Act of 1976 (17 U.S.C. § 101, *et seq.*), and as such, the Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338.

2.  This Court has personal jurisdiction because the Defendants engaged in substantial, continuous, and systematic activities within the state, including:

   (a)  registering and maintaining registration with the California Secretary of State to conduct business in California;

   (b)  operating fully interactive retail ecommerce websites and online storefronts that solicit, target, and engage in regular business in California and this District, deriving a substantial volume – in dollars and units – and percentage of its business and revenue from sales to California and this District;

   (c)  conducting regular business in California and this District as sophisticated sellers, using the highly interactive commercial website like https://us.shein.com/ as a conduit to engage in a substantial volume of transactions in California;

   (d)  advertising in and targeting residents in California, including the infringing goods; and

   (e)  selling and/or offering for sale the infringing products described in this Complaint through https://us.shein.com/, thereby placing the Infringing Products into the stream of commerce intending that the Infringing Products would be purchased by consumers with access to the Internet, including California citizens residing in this judicial

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

district.

3.      The Court also has personal jurisdiction because Defendants engaged in multiple intentional acts of copyright infringement expressly aimed at California which have caused harm to Spangler.  Such acts include but are not limited to:

    (a)      marketing, selling, and delivering a substantial amount of infringing products in the state of California and this District, thereby purposefully engaging businesses and consumers in California for its own commercial gain;

    (b)      using highly interactive commercial websites, like https://us.shein.com/, as a conduit to engage in a substantial volume of nationwide sales of the infringing designs, including in the state of California and this District, thereby placing Defendants in direct competition with Spangler in California; and

    (c)      knowing or were willfully blind to the fact that Spangler owns valid copyrights in the subject designs, and that Spangler would suffer lost sales and harm in this jurisdiction as a result of Defendants' willful and intentional infringing activities.

4.      Venue is proper in this judicial district pursuant to 28 U.S.C. §§1391(b), (c), and 1400(a) because Defendants conduct regular business in this District by advertising, selling, promoting, and shipping goods to this District, and a substantial part of the events or omissions giving rise to the claim occurred in this District.

## THE PARTIES

5.      Plaintiff Spangler is an individual and resident of Washington State. Spangler also provides services and goods under his own name.

6.      Defendant Shein Distribution Corporation is a Delaware Corporation with its principal place of business at 345 North Baldwin Park Boulevard, City of Industry, California, 91746.  Shein is registered to do business in the state of California and does

-3-
**COMPLAINT – Jury Demand**

business in the state of California.  Shein has employees based in Los Angeles and offices in City of Industry, California.  Shein markets and sells products through its website located at https://us.shein.com/ to millions of customers in California and in this District.  Specifically, at all relevant times, Shein has:

    (a)    advertised its goods nationwide, including advertising clothing bearing the infringing designs and targeting California and this District;

    (b)    owned and operated the fully interactive retail ecommerce website https://us.shein.com/ that solicits, engages in, and facilitates regular business on a nationwide scale, including specifically in California and this District, and including marketing and selling a substantial amount of clothing bearing the infringing designs; and

    (c)    sold and/or offered for sale the infringing products described in this Complaint through https://us.shein.com/, thereby placing the Infringing Products into the stream of commerce intending that the Infringing Products would be purchased by consumers with access to the Internet, including California citizens residing in this judicial district.

7.    Shein does not qualify for safe harbor under the Digital Millennium Copyright Act ("DMCA") because, as stated on its own website at https://us.shein.com/About-Us-a-117.html (last accessed August 19, 2021), it does not merely act as passive Internet Service Providers ("ISP") but it acts as "the ultimate one-stop-shop for the modern yet economical fashionista" and "promptly offer[ing] stylish quality products at appealing prices to every user in the world."

8.    Defendants DOES 1 through 10, inclusive, are other parties not yet identified who have infringed Spangler's copyrights, have contributed to the infringement of Spangler's copyrights, or have engaged in one or more of the wrongful acts alleged herein.  The true names, whether corporate, individual, or otherwise of

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

-4-
**COMPLAINT – Jury Demand**

1   DOES 1 through 10, inclusive, are presently unknown to Spangler, and therefore, are

2   being sued by such fictitious names, and Spangler will seek leave to amend this

3   Complaint to include their true names and capacities when the same have been

4   ascertained.

5        9.    Spangler is informed and believes, and on that basis alleges, that at all times

6   relevant to this action, Defendants actively participated in or subsequently ratified and

7   adopted, or both, each and all of the acts or conduct alleged herein with full knowledge

8   of each and every violation of Spangler's rights and the damages to Spangler

9   proximately caused thereby.

11   **FACTS COMMON TO ALL COUNTS**

12       10.    Spangler is an artist, designer, and creator of artistic works that are

13   displayed on products sold online.

14       11.    Spangler is the designer and creator of the original artistic works (as

15   hereinafter described), widely distributed online, all prior to Defendants' conduct

16   complained of herein.

17       12.    Upon information and belief, Defendants purchased, sold, marketed,

18   advertised, manufactured, caused to be manufactured, imported and/or distributed

19   products bearing designs which are identical, or substantially similar to, Spangler's

20   Subject Designs (as hereinafter defined).

21       13.    At various times Defendants owned and controlled online retail stores.

22   Plaintiff's investigation revealed that clothing bearing the Subject Designs was being

23   offered for sale, clothing which was manufactured and/or imported under the direction

24   of the Defendants, and each of them.

25       14.    Upon information and belief, Shein is an online retailer, manufacturer,

26   and/or distributor of a variety of consumer goods, and is in the business of

27   manufacturing, marketing, and selling consumer goods that are available for purchase

28   and use across the United States, including in this District.

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

## COMMON ALLEGATIONS RELATED TO
## THE NO ONE DESIGN AGAINST SHEIN

15.     In 2020, Spangler created his original design entitled "No One Is Going To Do it For You" (the "No One Design"), as pictured below:



16.     Thereafter, Spangler registered the copyright in the No One Design with the United States Copyright Office, and was granted such registration on May 6, 2021, under Registration No. VA 2-251-397.

17.     At all relevant times, Spangler complied in all respects with the Copyright Act, 17 U.S.C. § 101, *et seq.*, and secured the exclusive rights and privileges in and to the No One Design.  Spangler's No One Design is an original work copyrightable under the Copyright Act, and has been registered in full compliance with the Copyright Act.

18.     Since the creation of the No One Design, Spangler has been and still is the sole proprietor of all rights, title, and interest in and to the copyright therein and Certificate of Registration corresponding therewith.

19.     Since its creation, the No One Design has been used, reproduced, and and/or distributed by Spangler or under his authority.

20.     Spangler has not authorized Shein to copy, reproduce, manufacture, duplicate, disseminate, distribute or create derivative works of the No One Design or any works substantially similar thereto.

21.     Upon information and belief, Shein has engaged in the marketing,

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

advertising, promotion, distribution, manufacturing, and/or sale of fabric and/or garments comprised of fabric bearing the No One Design.

22.    Upon information and belief, Shein purchased, sold, marketed, advertised, manufactured, caused to be manufactured, imported, and/or distributed fabric and/or garments comprised of fabric featuring a design which is identical, or substantially similar – if not strikingly similar – to the No One Design at retail through its online store, including on www.us.shein.com (the "Accused No One Design").  Said garments include but are not limited to garments sold by Shein as "Slogan Graphic Drop Shoulder Tee SKU: SWTEE04201214604."  All of the foregoing acts occurred without Spangler's consent.

23.    The Accused No One Design is located on at least the following URL:

(a)    https://us.shein.com/Slogan-Graphic-Drop-Shoulder-Tee-p-1982017-cat-1738.html?  (last visited August 19, 2021).

## COMMON ALLEGATIONS RELATED TO
## THE SAY AND ACT DESIGN AGAINST ALL DEFENDANTS

24.    In 2019, Spangler created his original design entitled "Say And Act How You Want" (the "Say and Act Design"), as pictured below:



MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

**COMPLAINT – Jury Demand**

25.     Thereafter, Spangler registered the copyright in the Say and Act Design with the United States Copyright Office, and was granted such registration on May 5, 2021, under Registration No. VA 2-253-628.

26.     At all relevant times, Spangler complied in all respects with the Copyright Act, 17 U.S.C. § 101, *et seq.*, and secured the exclusive rights and privileges in and to the Say and Act Design.  Spangler's Say and Act Design is an original work copyrightable under the Copyright Act, and has been registered in full compliance with the Copyright Act.

27.     Since the creation of the Say and Act Design, Spangler has been and still is the sole proprietor of all rights, title, and interest in and to the copyright therein and Certificate of Registration corresponding therewith.

28.     Since its creation, the Say and Act Design has been used, reproduced, and/or distributed by Spangler or under his authority.

29.     Spangler has not authorized Shein to copy, reproduce, manufacture, duplicate, disseminate, distribute or create derivative works of the Say and Act Design or any works substantially similar thereto.

30.     Upon information and belief, Shein has engaged in the marketing, advertising, promotion, distribution, manufacturing, and/or sale of fabric and/or garments comprised of fabric bearing the Say and Act Design.

31.     Upon information and belief, Shein purchased, sold, marketed, advertised, manufactured, caused to be manufactured, imported, and/or distributed fabric and/or garments comprised of fabric featuring a design which is identical, or substantially similar – if not strikingly similar – to the Say and Act Design at retail through its online store, including on www.us.shein.com (the "Accused Say and Act Design").  All of the foregoing acts occurred without Spangler's consent.

32.     The Accused Say and Act Design is located on at least the following URL:

(a)     https://us.shein.com/Slogan-Graphic-Oversized-Longline-Tee-p-

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

2029384-cat-1738.html (last accessed August 19, 2021).

## COMMON ALLEGATIONS RELATED TO
## THE SHOW YOU CARE DESIGN AGAINST ALL DEFENDANS

33.     In 2020, Spangler created his original design entitled "Show You Care" (the "Show You Care Design"), as pictured below:



34.     Thereafter, Spangler registered the copyright in the Show You Care Design with the United States Copyright Office, and was granted such registration on May 6, 2021, under Registration No. VA 2-252-161.

35.     At all relevant times, Spangler complied in all respects with the Copyright Act, 17 U.S.C. § 101, *et seq.*, and secured the exclusive rights and privileges in and to the Show You Care Design.  Spangler's Show You Care Design is an original work copyrightable under the Copyright Act, and has been registered in full compliance with the Copyright Act.

36.     Since the creation of the Show You Care Design, Spangler has been and still is the sole proprietor of all rights, title, and interest in and to the copyright therein and Certificate of Registration corresponding therewith.

37.     Since its creation, the Show You Care Design has been used, reproduced, and and/or distributed by Spangler or under his authority

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

38.     Spangler has not authorized Shein to copy, reproduce, manufacture, duplicate, disseminate, distribute or create derivative works of the Show You Care Design or any works substantially similar thereto.

39.     Upon information and belief, Shein has engaged in the marketing, advertising, promotion, distribution, manufacturing, and/or sale of fabric and/or garments comprised of fabric bearing the Show You Care Design.

40.     Upon information and belief, Shein purchased, sold, marketed, advertised, manufactured, caused to be manufactured, imported, and/or distributed fabric and/or garments comprised of fabric featuring a design which is identical, or substantially similar – if not strikingly similar – to the Show You Care Design at retail through its online store, including on www.us.shein.com (the "Accused Show You Care Design"). All of the foregoing acts occurred without Spangler's consent.

41.     The Accused Show You Care Design is located on at least the following URL:

(a)     https://us.shein.com/Drop-Shoulder-Letter-Striped-Graphic-Longline-Tee-p-1981993-cat-1738.html

42.     For the Court's convenience, the following table sets forth Plaintiff's copyrighted designs at issue (collectively "Subject Designs") and the currently known infringers' identities and infringing products:

/ / /

/ / /

/ / /

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

**COMPLAINT – Jury Demand**

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

| Spangler Copyrighted Subject Designs | Defendants' Infringing Products |
|---|---|
| <u>No One Design</u><br>Registration No.: VA 2-251-397<br><br><br><br> | **Shein**<br><br><br><br> |

**COMPLAINT – Jury Demand**

| Spangler Copyrighted Subject Designs | Defendants' Infringing Products |
|---|---|
|  |  |
| <u>Say and Act Design</u><br>Registration No.: VA 2-253-628<br><br> | **Shein**<br><br> |

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

| Spangler Copyrighted Subject Designs | Defendants' Infringing Products |
|---|---|
|  |  |
|  |  |

**COMPLAINT – Jury Demand**

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

| Spangler Copyrighted Subject Designs | Defendants' Infringing Products |
|---|---|
| Show You Care Design<br>Registration No.: VA 2-252-161 | Shein |
|  |  |
|  |  |

-14-

COMPLAINT – Jury Demand

| Spangler Copyrighted Subject Designs | Defendants' Infringing Products |
|---|---|
|  |  |

### First Cause of Action

(Copyright Infringement Against All Defendants)

43.     Spangler hereby realleges and incorporates the allegations in paragraphs 1-42 of this Complaint as if fully set forth herein.

44.     Shein's acts constitute infringement of Spangler's copyrights in the Subject Designs in violation of the Copyright Act, 17 U.S.C. § 101, *et seq*.

45.     Spangler is informed and believes that Shein's manufacture, distribution, duplication and/or sale of fabric and/or garments comprised of fabric bearing the Subject Designs was willful and intentional and without regard to Spangler's proprietary rights.

46.     Shein's copyright infringement has caused, and will continue to cause Spangler to suffer substantial injuries, loss, and damage to his proprietary and exclusive rights to the copyrights in the Subject Designs and further, has damaged Spangler's business reputation and goodwill, diverted his trade, and caused loss of profits, all in an amount not yet determined.  In addition, Spangler is entitled to receive the profits made

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

by Shein from its wrongful acts pursuant to 17 U.S.C. § 504. Alternatively, Spangler is entitled to recover statutory damages, on election by Spangler in an amount of up to $150,000 per copyright registration.

47.     Shein's copyright infringement and the threat of continuing infringement has caused, and will continue to cause, Spangler repeated and irreparable injury. It would be difficult to ascertain the amount of money damages that would afford Spangler adequate relief at law for Shein's acts and continuing acts. Spangler's remedy at law is not adequate to compensate him for the injuries already inflicted and further threatened by Shein. Therefore, Spangler is entitled to preliminary and permanent injunctive relief pursuant to 17 U.S.C. § 502, and to an order under 17 U.S.C. § 503 and 28 U.S.C. § 1651(a) that the fabric, and/or garments comprised of fabric bearing the Subject Designs, and electronic files by which such infringing copies were produced, be seized, impounded, and destroyed.

48.     Spangler is also entitled to recover its attorneys' fees and cost of suit pursuant to 17 U.S.C. § 505.

## Second Cause of Action

(Contributory and/or Vicarious Copyright Infringement Against All Defendants)

49.     Spangler hereby realleges and incorporates the allegations in paragraphs 1-48 of this Complaint as if fully set forth herein.

50.     Spangler is informed and believes, and thereon alleges, that Shein knowingly induced, participated in, aided and abetted, and resultantly profited from the illegal reproduction, importation, purchase, distribution, and/or sale of products bearing the Subject Designs as alleged in this Complaint.

51.     Spangler is informed and believes, and thereon alleges, that Shein is vicariously liable for the copyright infringement of the Subject Designs alleged in this Complaint because it had the right and the ability to supervise such infringement and because it had a direct financial interest in the infringing conduct.

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

**COMPLAINT – Jury Demand**

52.     By virtue of Shein's contributory and/or vicarious copyright infringement of the Subject Designs, Spangler has suffered substantial damages to his business in an amount to be established at trial.

53.     By virtue of Shein's contributory and/or vicarious copyright infringement of the Subject Designs, Spangler has suffered general and special damages in an amount to be established at trial.

54.     By virtue of Shein's contributory and/or vicarious copyright infringement, Shein has obtained direct and indirect profits that it would not have realized but for its infringement of the Subject Designs.  As such, Spangler is entitled to disgorgement of Shein's profits that are directly and indirectly attributable to its acts of infringement in an amount to be established at trial.

55.     Spangler is informed and believes, and thereon alleges, that Shein has continued to import, manufacture, cause to be manufactured, and/or sell products bearing the Subject Designs with knowledge that such acts violated Spangler's intellectual property rights.  Therefore, Shein's acts of copyright infringement as alleged above, were and continue to be, willful, intentional, and malicious, subjecting Shein to liability for statutory damages under 17 U.S.C. § 504(c)(2) in the sum of up to one hundred fifty thousand dollars ($150,000) per each act of infringement.  Further, Shein willfully and intentionally infringed the Subject Designs, which renders Shein liable for statutory damages as described above.  Within the time permitted by law, Spangler will elect between actual or statutory damages.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Spangler prays for judgment against Defendants as follows:

A.     That the Court enter a judgment against Defendants that they have infringed the rights of Spangler in Spangler's federally registered copyrights under 17 U.S.C. § 501.

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

B.    That the Court issue a Preliminary Injunction enjoining and restraining Defendants and their respective agents, servants, employees, successors and assigns, and all other persons acting in concert with or in conspiracy with or affiliated with Defendants, from:

    i.    manufacturing, producing, selling, distributing, destroying, altering, or otherwise disposing of any products bearing that are in the possession of Defendants that are substantially similar to the Subject Designs;

    ii.   destroying any documents, electronic files, garments, fabric, prints, business records, or any other tangible object pertaining to the copying, reproduction, manufacture, duplication, distribution, or advertisement of the Subject Designs; and,

    iii.  engaging in any other activity constituting an infringement of the Subject Designs.

C.    That Spangler be awarded damages for Defendants' copyright infringement either: (i) actual damages in an amount to be determined at trial, together with Defendants' profits derived from its unlawful infringement of the Subject Designs; or (ii) statutory damages in an amount provided by law, as set forth in 17 U.S.C. § 504, at Spangler's election before the entry of final judgment, together with prejudgment and post-judgment interest.

D.    That the Court issue a Permanent Injunction enjoining and restraining Defendants and their respective agents, servants, employees, successors and assigns, and all other persons acting in concert with or in conspiracy with or affiliated with Defendants, from copying, reproducing, manufacturing, duplicating, disseminating, distributing, or using the Subject Designs or any other designs that infringe Spangler's copyrights.

E.    That the Court award Spangler his reasonable attorneys' fees pursuant to 17 U.S.C. § 505.

F.    That the Court award Spangler his costs of suit incurred herein.

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

**COMPLAINT – Jury Demand**

G.     That Spangler be awarded such other relief as may be appropriate.

Dated:  September 8, 2021                    Respectfully submitted,

                                            **MILORD & ASSOCIATES, P.C.**

                                            /s/ Milord A. Keshishian
                                            Milord A. Keshishian
                                            Stephanie V. Trice
                                            Jordan M. Zim
                                            Attorneys for Plaintiff
                                            TYLER SPANGLER

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

-19-
**COMPLAINT – Jury Demand**

1

## **<u>DEMAND FOR JURY TRIAL</u>**

2       Plaintiff, through its attorneys of record, hereby demands trial by Jury.

3

4   Dated:  September 8, 2021                    Respectfully submitted,

5                                               **MILORD & ASSOCIATES, P.C.**

6                                               /s/ Milord A. Keshishian

7                                               Milord A. Keshishian
                                                Stephanie V. Trice

8                                               Jordan M. Zim
                                                Attorneys for Plaintiff

9                                               TYLER SPANGLER

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MILORD & ASSOCIATES, PC
10517 West Pico Boulevard
Los Angeles, CA 90064
(310) 226-7878

**COMPLAINT – Jury Demand**