Milord A. Keshishian, SBN 197835
milord@milordlaw.com
Stephanie V. Trice, SBN 324944
stephanie@milordlaw.com
Jordan M. Zim, SBN 332757
jordan@milordlaw.com
MILORD & ASSOCIATES, P.C.
10517 West Pico Boulevard
Los Angeles, California 90064
Tel: (310) 226-7878
Fax: (310) 226-7879

Attorneys for Plaintiff
TYLER SPANGLER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER SPANGLER, individually,<br><br>Plaintiff,<br><br>vs.<br><br>SHEIN DISTRIBUTION CORPORATION, a Delaware Corporation, and DOES 1-10,<br><br>Defendants. | Case No.: 2:21-cv-7211-DMG-PLAx<br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN PURSUANT TO L.R. 16-15.7 that TYLER SPANGLER and Defendant SHEIN DISTRIBUTION CORPORATION (collectively "the Parties") have reached a binding settlement as to Plaintiff's claims. The Parties are drafting a long form settlement agreement for approval and anticipate submitting the appropriate request for dismissal and proposed order no later than February 2, 2022.

WHEREFORE, the Parties respectfully request until February 2, 2022 to file the dismissal, and that all pending deadlines, hearings, and trial dates be vacated.

Dated: January 18, 2022                         MILORD & ASSOCIATES, P.C.

                                                By: */s/ Milord A. Keshishian*
                                                    Milord A. Keshishian
                                                    Attorneys for Plaintiff
                                                    TYLER SPANGLER